# JUVENILE COURT PROCEDURAL RULES COMMITTEE
## FINAL REPORT[1]

## AMENDMENT OF Pa.R.J.C.P. 240, 242, and 1242

On May 16, 2017, the Court amended Rules of Juvenile Court Procedure 240 and 1242 to preclude waiver of either a detention hearing or a shelter care hearing. Rule 242 was amended for perfunctory matters.

Rules 240 and 1242 have been amended to preclude waiver of detention hearings and shelter care hearings given the important function served by these hearings. *See* Pa.R.J.C.P. 242(A) & (C); Pa.R.J.C.P. 1242(A), (C), & (E). There may be circumstances when some matters may be uncontested. However, any stipulations or agreements among the parties about these circumstances should be entered onto the record at the hearing, subject to acceptance by the court.

---

[1] The Committee's Final Report should not be confused with the official Committee Comments to the rules. Also note that the Supreme Court does not adopt the Committee's Comments or the contents of the Committee's explanatory Final Reports.